# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 19-CR-2581-DMS |
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | |
| JOSE ANGEL MAGANA, | **ORDER TO EXTEND SELF-SURRENDER DATE** |
| Defendant. | |

Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that the Defendant, Jose Angel Magana's self-surrender date be extended to July 2, 2021 at 12:00 noon. Bond Exoneration Hearing is reset to July 9, 2021 at 9:00 a.m.

**SO ORDERED.**

DATED: 4/1/2021

By: _____
HON. DANA M. SABRAW
Chief United States District Court Judge